## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM C. ROVERANO AND JACQUELINE ROVERANO, H/W | : | No. 85 EAL 2018 |
| | : | |
| | : | |
| | : | Cross Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| JOHN CRANE, INC. AND BRAND INSULATIONS, INC. | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: JOHN CRANE | : | |
| WILLIAM ROVERANO | : | No. 86 EAL 2018 |
| | : | |
| | : | |
| v. | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JOHN CRANE, INC. | : | |
| | : | |
| PETITION OF: JOHN CRANE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of July, 2018, the Cross Petition for Allowance of Appeal is **DENIED**.